AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-00105-RH-MJF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bharatkumar Patel__
was received by me on *(date)* __May 13, 2025__.

☑ I personally served the summons on the individual at *(place)* __1409 Wildridge Rd. Lynn Haven, FL 32444__ on *(date)* __5/16/2025 @ 8:20 AM__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: __Documents Served: Summons, Complaint and Demand For Insurance Coverage Information__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/19/2025__

*Server's signature*

__Charles R. Laney, Jr. SPS 011__
*Printed name and title*

__P.O. Box 9985__
__Panama City Beach, FL 32417__
*Server's address*

Additional information regarding attempted service, etc: